## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JUSTIN FOX,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SALT LAKE COUNTY JAIL et al.,<br><br>　　　　　　Defendants. | **MEMORANDUM DECISION &**<br>**DISMISSAL ORDER**<br><br><br>Case No. 2:18-CV-563-CW<br><br>District Judge Clark Waddoups |

　　　　Plaintiff filed a prisoner civil rights complaint[1] *in forma pauperis*.[2] However, Plaintiff has not obeyed the Court's August 2, 2018, order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3] Indeed, the Court has not heard from Plaintiff since he submitted his Complaint on July 16, 2018.

　　　　Accordingly, IT IS ORDERED that--for failure to obey the Court's order and to prosecute this case--Plaintiff's action is DISMISSED without prejudice.  This case is CLOSED.

　　　　DATED this 26th day of October, 2018.

　　　　　　　　　　BY THE COURT:

　　　　　　　　　　_Clark Waddoups_
　　　　　　　　　　Clark Waddoups
　　　　　　　　　　United States District Court Judge

---

[1]*See* 42 U.S.C.S. § 1983 (2018).
[2]*See* 28 *id.* § 1915.
[3]*See id.* § 1915(a)(2).